# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT OWENSBORO

**MATTHEW CODY LOSEY**                                                     **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 4:15CV-P134-JHM**

**DAVIESS COUNTY DETENTION CENTER**                                   **DEFENDANT**

## <u>MEMORANDUM OPINION</u>

Plaintiff Matthew Cody Losey, a convicted inmate, filed a *pro se*, *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983.  By Memorandum and Order entered March 31, 2016 (DN 5), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed the claims against Defendant Daviess County Detention Center (DCDC) for failure to state a claim upon which relief may be granted.  The Court further granted Plaintiff 30 days within which to file an amended complaint to name the person or persons involved in his Eighth Amendment claims that he is being denied medical and mental health treatment; to sue them in their individual capacity; and to describe the facts surrounding each Defendant's involvement in his claims.  The Court warned Plaintiff that his failure to file an amended complaint would result in dismissal of the entire action.  On April 11, 2016, the copy of the Memorandum and Order sent to Plaintiff was returned to the Court by the U.S. Postal Service with the returned envelope marked "Return to Sender" (DN 6).  Well over 30 days have passed without Plaintiff providing any notice of an address change.

The Court having dismissed the claims against the sole Defendant DCDC on initial review and Plaintiff having failed to keep the Court advised of his address, *see* LR 5.2(d), the

Court will dismiss the entire action by separate Order for failure to state a claim upon which

relief may be granted.

Date:  June 2, 2016

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

cc:    Plaintiff, *pro se*
       Defendant
4414.005

2